UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILLACA CELESTINO, Marcus Antonio,<br><br>Petitioner,<br><br>v.<br><br>Markwayne MULLIN, Secretary of the U.S. Department of Homeland Security; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Todd LYONS, Executive Associate Director of ICE Enforcement and Removal Operations (ERO); UNNAMED, California ICE Enforcement and Removal Operations, San Francisco Field Office; Christopher CHESTNUT, Warden of California City Correctional Facility; Todd BLANCHE, Attorney General of the United States, in their official capacities,<br><br>Respondents. | Case No.  1:26-cv-03579   (AMO)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition within three (3) courts days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply within five (5) court days from the date of this Order. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

United States District Court
Northern District of California

2